UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Core and Main, LP, | Case No. 21-cv-1512 (WMW/KMM) |
| Plaintiff, | |
| v. | **BRIEFING AND HEARING SCHEDULE** |
| Ron McCabe and Dakota Supply Group, Inc., | |
| Defendants. | |

On July 6, 2021, Plaintiff Core and Main, LP (Core and Main), filed a motion for a temporary restraining order and preliminary injunction. (Dkt. 5.) The Court establishes the following briefing and hearing schedule to address the motion:

1. Defendants shall file any responsive brief no later than **Tuesday, July 27, 2021**.

2. Core and Main's reply, if any, shall be filed on or before **Tuesday, August 3, 2021**.

3. The parties' briefings shall not exceed the word limits imposed by Local Rule 7.1(f).

4. The Court will hear argument on the motion on **Wednesday, August 18, 2021, at 11:30 a.m.** via telephonic conference.

Dated: July 7, 2021

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge