UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Core and Main LP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ron McCabe and<br>Dakota Supply Group, Inc.<br><br>　　　　Defendants. | CASE NO. 21-CV-01512-WMW-DTS<br><br>**DEFENDANTS' JOINT MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |

Defendants Ron McCabe and Dakota Supply Group, Inc. by and through their attorneys, pursuant to Rules 12(b), 12(d), and 56 of the Federal Rules of Civil Procedure, hereby move the Court for an order dismissing Plaintiff's Complaint.

This Motion is based on the accompanying Memorandum of Law, Plaintiff's Complaint, the Declaration of Ron McCabe filed herewith, the record, filings and file before the Court, and the arguments of counsel.

Dated: July 19, 2021

**CROSSCASTLE PLLC**

*/s/Samuel W. Diehl*
Samuel W. Diehl (#0388371)
333 Washington Avenue North
Suite 300-9078
Minneapolis, MN 55401
p. 612.412.4175
f. 612.234.4766
sam.diehl@crosscastle.com

***Counsel for Defendants Ron McCabe and Dakota Supply Group, Inc.***

4834-8213-0418, v. 1