

**Littler Mendelson P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136

Kurt J. Erickson
612.313.7608 direct
612.630.1000 main
kerickson@littler.com

August 24, 2021

**VIA ECF FILING**

The Honorable Wilhelmina M. Wright
United States District Judge
U.S. Federal Courthouse
316 North Robert Street
St. Paul, Minnesota  55101

   Re: *Core & Main LP v. Ron McCabe and Dakota Supply Group, Inc.*
      **File No. 21-cv-01512 WMW-KMM**

Dear Judge Wright:

On behalf of Plaintiff Core & Main LP, I am writing in response to Defendants Ron McCabe's and Dakota Supply Group, Inc.'s unauthorized service and filing of their Reply Memorandum (ECF No. 67).  Unbelievably, without obtaining permission to file a Reply Memorandum from the Court, despite knowing that such permission was necessary (ECF No. 64 at page 1), and without filing a motion under Fed. R. Civ. P. 6(b)(1)(B) to obtain permission, Defendants filed a Reply anyway.  In response, Core & Main incorporates its response opposing the filing of the Reply Memorandum, ECF No. 66, and reiterates its request that the Court hold Defendants accountable for their actions.

Specifically, given that the Reply has already been filed with the Court, Core & Main updates its objection by asking the Court to strike ECF No. 67, and also to consider Defendants' Dismissal/Summary Judgment Motion as submitted and taken under advisement as of August 18, 2021, based on their initial Motion, Core & Main's opposition papers, and the parties' arguments on August 18, 2021.  *See* D. Minn. LR 7.1(g)(1); *e.g.*, *In re Bair Hugger Forced Air Warming Devices Prods. Liab. Litig.*, MDL No. 15-2666 (JNE/FLN), 2017 WL 5188342, at *6 (D. Minn. Mar. 7, 2017) (striking from record affidavit filed while request to file after deadline was still pending).

Further, because Defendants did not even wait for the Court to rule upon their own request to file a tardy Reply, Core & Main respectfully requests that the Court award it its attorney's fees against both Defendants, jointly and severally, for having to prepare, serve and file this second letter, again objecting to Defendant's submission of the Reply.  D. Minn. LR 7.1(g)(4) (entitling the Court to award fees for violation of the rules).

The Honorable Wilhelmina M. Wright
August 24, 2021
Page 2

Respectfully submitted,

*/s/ Kurt J. Erickson*

Kurt J. Erickson

KJE/jkg

c:      Counsel of Record (via ECF)

4823-8029-5160.1 / 102905-1028